JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 505 -- In re Air Crash Disaster at Metropolitan Airport, Detroit, Michigan, on January 19, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/04/09 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. -- Deft. Gates Learjet Corporation.<br>SUGGESTED TRANSFEREE DISTRICT: S. D. Iowa<br>SUGGESTED TRANSFEREE DISTRICT JUDGE: (eaf) |
| 82/04/19 | | APPEARANCES -- ROBERT B. INGRAM, ESQ. for Patricia Campbell; VERNE LAWYER, ESQ. for Irene K. Hogue and George J. Novak; ARNOLD M. GORDON, ESQ. for Pltfs. Margaret Murray; CATHERINE E. TINKER, ESQ. for The Continental Insurance Co.; DAVID J. ADAMS, ESQ. for Gates Learjet Corp.; KENT M. FORNEY, ESQ. for Conrac Corp.; GARY A. MAXIMIUK, ESQ. for Duncan Aviation, Inc.; RICHARD G. SANTI, ESQ. for Management Jets International, Inc.; LEONARD E. NAGI, ESQ. for Massey-Ferguson, Inc.; BARBARA J. BALLIN, ESQ. for United States of America (ds) |
| ~~82/04/23~~ | ~~2~~ | ~~RESPONSE/BRIEF~~ (struck) |
| 82/04/23 | 2 | RESPONSE/BRIEF -- pltfs. Margaret Murray w/cert. of svc.(ds |
| 82/04/26 | 3 | RESPONSE -- U.S.A. -- w/cert. of service (cds) |
| 82/05/03 | 4 | RESPONSE -- deft. Duncan Aviation, Inc. w/service (ds) |
| 82/05/03 | 5 | REQUEST FOR EXTENSION OF TIME -- deft. Gates Learjet Corp., An Extension is GRANTED to & including May 5, 1982 to Gates Learjet Corp. to file a reply brief (ds) |
| 82/05/05 | 6 | REPLY -- Gates Learjet Corp w/cert. of svc. (ds) |
| 82/05/25 | | HEARING ORDER -- setting litigation for hearing held in Phil., Pa. on June 24, 1982. (eaf) |
| 82/05/26 | | CORRECTION TO HEARING ORDER AND ATTACHED SCHEDULE FILED on MAY 25, 1982 to include A-3 Novak v. Gates Learjet Corp., etal., S.D.Iowa, C.A. No. 80-503-A. (eaf) |
| 82/06/10 | | PREMISSION FOR LATE FILING -- Massey-Ferguson -- Pldg. No. 7 GRANTED. (eaf) |
| 82/06/10 | 7 | RESPONSE, CERT. OF SVC. -- Massey-Ferguson, Inc. (eaf) |
| 82/06/23 | | HEARING APPEARANCES -- DAVID J. ADAMS, ESQ. for Gates Learjet Corp.; ARNOLD M. GORDON, ESQ. for Margaret Murray; BARBARA J. BALLIN, ESQ. for United States (ds) |
| 82/06/23 | | WAIVER OF ORAL ARGUMENT -- Massey-Ferguson, Inc.; The Continental Insurance Co; Duncan Aviation, Inc.; Irene K. Hogue; George J. Navak; Patricia Campbell; Conrac Corp.; Management Jets International (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 505 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/07/26 | | CONSENT OF TRANSFEREE COURT assigning litigation to the John Feikens for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 82/07/26 | | TRANSFER ORDER -- transferring litigation to E.D.Mich., before Judge John Feikens pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial processing. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 505 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Metropolitan Airport, Detroit, Michigan, on January 19, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 24, 1982 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 26, 1982 | TO | Unpub. | E.D. Michigan | John Feikens | |

### Special Transferee Information

Ms. [illegible]
313-226-6857

DATE CLOSED: _____

JPML FORM 1  
LISTING OF INVOLVED ACTIONS

DOCKET NO. 505 -- In re Air Crash Disaster at Metropolitan Airport, Detroit, Michigan, on January 19, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patricia Campbell v. Gates Learjet Corp., et al. | S.D.Iowa Stuart | ~~81-91-1~~ 81-19-A | JUL 2 6 1982 | 82-2908 | 6/10/83 | Remanded by J. |
| A-2 | Irene K. Hogue v. Gates Learjet Corp. et al. | S.D.Iowa Stuart | 80-504-C | JUL 2 6 1982 | 82-2909 | 6/10/83 | |
| A-3 | George J. Novak v. Gates Learjet Corp., et al. | S.D.Iowa Stuart | 80-503-A | JUL 2 6 1982 | 82-2910 | 6/10/83 | |
| A-4 | Margaret Murray v. Gates Learjet Corp., et al. | E.D.Mich Newblatt | 80-~~74787~~ 40451 | | | 6/14/84 D | |
| A-5 | Margaret Murray v. United States of America | E.D.Mich Newblatt | 82-40070 | | | 6/14/84 D | |
| A-6 | The Continental Insurance Company v. Gates Learjet Corp., et al. | N.D.Ill. Kocoras | 81-C-6534 | JUL 2 6 1982 | 82-2911 | 6/10/83 | Remanded by Judge |

July 1983 - 4 Dis / 2 Pdg.

Docket Closed - 6/14/84

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 505 -- In re Air Crash Disaster at Metropolitan Airport, Detroit, Michigan, on January 19, 1979

PATRICIA CAMPBELL (A-1)
Robert B. Ingram, Esquire
4340 Redwood Highway
Suite 133
San Rafael, California 94903

IRENE K. HOGUE (A-2)
GEORGE J. NOVAK (A-3)
Verne Lawer, Esquire
427 Fleming Building
Des Moines, Iowa 50309

MARGARET MURRAY (A-4)
MARGARET MURRAY (A-5)
Arnold M. Gordon, Esquire  *LC*
Weinstein, Kroll and Gordon, P.C.
701 Travelers Tower
26555 Evergreen Road   *pltfs*
Southfield, Michigan 48076

THE CONTINENTAL INSURANCE CO. (A-6)
John W. Adler, Esquire  *LC*
39 South LaSalle Street
Chicago, Illinois 60603  *pltfs*

GATES LEARJET CORPORATION
James P. Feeney, Esquire  *LC defts*
400 Renaissance Center
35th Floor
Detroit, Michigan 48243

CONRAC CORPORATION
Kent M. Forney, Esquire
Bradshaw, Fowler, Proctor & Fairgrave
1100 Des Moines Building
Des Moines, Iowa 50307

DUNCAN AVIATION, INC.
Gary A. Maximiuk, Esquire
1590 First National Building
Detroit, Michigan 48226

MANAGEMENT JETS INTERNATIONAL, INC.
Richard G. Santi, Esquire
300 Liberty Building
Des Moines, Iowa 50309

MASSEY-FERGUSON, INC.
Leonard E. Nagi, Esquire
Gemuend and Nagi
155 West Congress, Suite 600
Detroit, Michigan 48226

United States of America
Barbara J. Ballin, Esquire
Torts Branch, Civil Division
U.S. Department of Justice
521 12th Street, N.W. Room 1144
Post Office Box 14271
Washington, D.C. 20044

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 505 -- In re Air Crash Disaster at Metropolitan Airport, Detroit, Michigan, on January 19, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gates Learjet Corp. | A-1, A-2, A-3, A-4, A-6 |
| Conrac Corp. | A-1, A-2, A-3, A-4 |
| Duncan Aviation, Inc. | A-2, A-3, A-4 |
| Management Jets International, Inc. | A-2, A-3, A-4 |
| Massey-Ferguson, Inc. | A-4 |
| United States of America | A-5, A-6 |