DOCKET NO. 505

JUL 26 1982

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT METROPOLITAN AIRPORT, DETROIT, MICHIGAN, ON JANUARY 19, 1979

TRANSFER ORDER*

The Panel having ruled from the bench at the hearing held on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Eastern District of Michigan pursuant to 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

IT IS ORDERED that the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Michigan be, and the same hereby are, transferred pursuant to Section 1407 to that district and, with the consent of that court, assigned to the Honorable John Feikens for coordinated or consolidated pretrial proceedings with the actions already pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

SCHEDULE A

MDL-505 -- In re Air Crash Disaster at Metropolitan Airport, Detroit, Michigan, on January 19, 1979

### Southern District of Iowa

| | |
|---|---|
| Patricia Campbell v. Gates Learjet Corporation, et al. | Civil Action No. 81-19-A |
| Irene K. Hogue v. Gates Learjet Corporation, et al. | Civil Action No. 80-504-C |
| George J. Novak v. Gates Learjet Corporation, et al. | Civil Action No. 80-503-A |

### Eastern District of Michigan

| | |
|---|---|
| Margaret Murray v. Gates Learjet Corporation, et al. | Civil Action No. 80-40451 |
| Margaret Murray v. United States of America | Civil Action No. 82-40070 |

### Northern District of Illinois

| | |
|---|---|
| The Continental Insurance Company v. Gates Learjet Corporation, et al. | Civil Action No. 81-C-6534 |